IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNATHAN WALTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16 C 6414 |
| ) | |
| TRANSUNION LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Prisoner plaintiff Johnathan Walters ("Walters") has just transmitted to the Clerk's Office a hand-printed "Motion for Correction of Error" (Dkt. No. 11, a document about whose existence this Court learned through its regular review of ECF filings in cases assigned to its calendar). In doing so Walters has ignored this Court's June 24 memorandum order that granted his two self-prepared motions requesting that counsel be designated to represent him in this action. With that having been done, Walters can no longer represent himself, so that his current filing is stricken sua sponte. Because this Court expresses no view as to the appropriateness of the relief sought in the current motion, a copy of that filing is contemporaneously being transmitted to counsel for his consideration.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 6, 2016